## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Cortina Ann Gater,

        Plaintiff(s),                Case No. 2:15-cv-10033-NGE-MJH

                                      Hon. Nancy G. Edmunds

Russell Collection Agency,
Incorporated,

        Defendant(s).

_____/

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cortina Ann Gater and Defendant Russell Collection Agency, Incorporated, through their counsel, hereby stipulate and agree, that the above-captioned action be dismissed with prejudice.  Each party shall bear their own attorney's fees and costs.

Respectfully Submitted,

| | |
|---|---|
| By:*/s/ Stephen A. Thomas*<br>Stephen A. Thomas (P43260)<br>Attorney for Plaintiff<br>645 Griswold St., Suite 1360<br>Detroit, MI 48226<br>Phone: (313) 965-2265<br>sthomas@313965bank.com | By: /s/ Charity A. Olson<br>Charity A. Olson (P68295)<br>OLSON LAW GROUP<br>Attorney for Defendant<br>2723 S. State St., Suite 150<br>Ann Arbor, MI 48104<br>T: (734) 222-5179<br>F: (866) 941-8712<br>colson@olsonlawpc.com |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Cortina Ann Gater,

        Plaintiff(s),                Case No. 2:15-cv-10033-NGE-MJH

                                          Hon. Nancy G. Edmunds

Russell Collection Agency,
Incorporated,

        Defendant(s).

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

     Pursuant to the parties' stipulation, this matter is hereby DISMISSED with

prejudice and with no award of costs or attorney's fees to either party.

     SO ORDERED.

     Date:  April 15, 2016           s/ Nancy G. Edmunds_____

                                     U.S. District Judge